**AO 256 (Rev. 2/86)**

** ** Transferred to Judge Britt by Order 8-26-87 **

# CRIMINAL DOCKET · U.S. District Court

U.S. VS. **MILLER, Frazier Glenn, Jr.**

- PO ☐ 0417 05 Assigned 1705 Disp./Sentence
- Misd. ☐
- Felony ☒ | District | Off | Judge/Magistr.

☐ WRIT ☐ JUVENILE ☐ ALIAS — OFFENSE ON INDEX CARD

**Case Filed:** 05/27/87
**Docket No.:** 00031
**Def.:** 01

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:876 | Mailing Threatening Communications | 1 |

## II. KEY DATE

**INTERVAL ONE** — EARLIEST OF: arrest / sum'ns / custody / appears-on complaint
KEY DATE: (blank)

**END ONE AND/OR BEGIN TWO**
☒ Indictment filed/unsealed
KEY DATE: 05/27/87

a) ☒ 1st appears on pending charge /R40
KEY DATE: 5/27/87

**END INTERVAL TWO**
KEY DATE: 9/14/87
☒ Pled guilty

- 1st appears with or waives counsel: 9-14-87
- ARRAIGNMENT:
- 1st Trial Ended:
- 2nd Trial Began:
- DISPOSITION DATE:
- SENTENCE DATE:

## III. MAGISTRATE

- INITIAL APPEARANCE DATE ▶ 5/6/87 — WEB/1706
- Arrest Warrant Issued: 5/6/87 — 1706/WEB
- COMPLAINT ▶ 5/6/87
- WAIVED ☒
- Date of Arrest: 5/6/87
- OFFENSE (In Complaint): Mailing Threatening Communications

OUTCOME: ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT

## IV. ATTORNEYS

**U.S. Attorney or Asst.:** J. Douglas McCullough

Michael Williams
P.O. Box 182
Ben Franklin St. Wash. D.C. 20044

Defense: 1 ☒ CJA

Federal Custody

Thomas C. Manning
P. O. Box 19348
Raleigh, NC 27619
787-7824

~~70 days up: 8/5/87~~

PTD: 9-14-87-Ral (Britt)
SEN: 11/23/87 - Ral.

Bail ☒ Denied

| DATE DOCUMENT NO | Yr | Docket No | Def | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE ___ OF ___<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | (OPTIONAL) Show last names of defendants  **V. PROCEEDINGS** | | | |
| 5/6/87 | | | 1 | **CRIMINAL COMPLAINT** filed w/attachments                                  bb | | | |
| 5/6/87 | | | 2 | **WARRANT FOR ARREST** issued by the Court                                   bb | | | |
| 5/6/87 | | | | MARSHAL RETURN on Warrant of Arrest-executed 5/6/87 by FBI;   bb | | | |
| 5/8/87 | | | 3 | Rec'd Magistrate papers from Western District of Missouri | | | |
| | | | | 1. Courtroom minutes of Initial Appearance conducted 4/30/87 | | | |
| | | | | 2. MOITON FOR DETENTION | | | |
| | | | | 3. ORDER APPOINTING COUNSEL | | | |
| | | | | 4. Courtroom minutes of removal hearing conducted on 5/1/87 (hearing waived) | | | |
| | | | | 5. Affidavit of financial status of def't | | | |
| | | | | 6. Warrant of removal of def't back to EDNC | | | |
| | | | | 7. Return on Warrant of Removal by USM, EDNC | | | |
| | | | | 8. Waiver of Rule 40 Hearings | | | |
| 5/6/87 | | | 4 | WAIVER OF PRELIMINARY HEARING by the def't; cy to Judge Britt; cy to USAtty; USM                                                      bb | | | |
| 5/6/87 | | | | INITIAL APPEARANCE on complaint @ Raleigh; Judge Britt; Terry McGovern, Ct. reporter; def't requests ct. appt'd counsel; CJA 23 to be completed                          bb | | | |
| 5/27/87 | | | 5 | **INDICTMENT FILED**                                                         bb | | | |
| 6/1/87 | | | | **PRE-TRIAL SCHEDULING ORDER**-attorneys ORDERED to conduct pre-trial conference on or before June 16, 1987; all pre-trial motions to be filed no later than June 26, 1987; responses to be filed no later than July 6, 1987; DIXON, W. W., U. S. Mag.; cys to AUSA; def't atty. & Judge Dupree;                                          bb | | | |
| 7/13/87 | | | | NOTICE   Arraignment and trial scheduled for July 29, 1987 @ 10:00 a.m., in Raleigh, NC; cy to AUSA & defense attorney                               bb | | | |
| 7/22/87 | | | 6 | **NOTICE OF CONFLICT OF CALENDARING AND MOTION TO CONTINUE TRIAL;** by the def't; cs to Judge Dupree, Clerk, Franklin County Courthouse; Assistant DA, Person County; AUSA Doug McCullough, Judge Giles Clark; cy to Judge Dupree              bb | 7-22-87 / 7-22-87 | E | 1 |
| 7/22/87 | | | 7 | ORDER-ORDERED that the trial of this case presently scheduled to commence on July 29, 1987 be continued until such time as it may be rescheduled by the Clerk of this court. Further ORDERED that such period of delay necessitated by tyhis continuance is excludable under the provisions of 18 USC 3161(h)(8)(A) for the reason that in this cause the interests of jsutice which would be served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial; DUPREE, F.T., Jr., USDC Judge; CR OB #35, p. 103; cc to AUSA, def't atty, USPO, USM (ent. 7/23/87)                                          bb | 7-29-87 / 9-14-87 | T | 47 |
| 8/14/87 | | | | NOTICE   case set for arr.&trial on Aug. 31, 1987 at 10 a.m., Raleigh, NC; cys to AUSA; defense counsel           bb | | | |
| 8-19-87 | | | 8. | MOTION   TO SET CONDITIONS OF RELEASE -w/cs U.S. Atty., 1c ~~Judge Dupree~~ Britt, 8/24                       ms | | | |
| | | | 9. | MOTION   TO TRANSFER TO JUDGE W. EARL BRITT - w/cs U.S. Attorney, 1c Judge Dupree.                    ms | | | |
| 8-20-87 | | | 10. | **RESPONSE TO MOTION TO TRANSFER w/cs.:**   lc: Judge Dupree | | | |
| 8/26/87 | | | 11 | ORDER-   the Court finds that judicial resources will be conserved by transferring this case along with defendant's pending motion to set conditions of release to Chief Judge Britt. Accordingly, defendant's arraignment | | | |







| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| | and trial before the undersigned on August 31, 1987 is hereby continued for further proceedings before Chief Judge Britt; DUPREE, F. T., JR. U.S. Dist. Judge; CR OB#35, p. 137; cc to AUSA, USPO; USMar. Service; Mag. Dixon, Mag. Denson, Judge Britt, Judge Dupree; defense counsel  bb  **Complete file to Judge Britt w/motion to set conditions of bond.**  **70 days up 9/8 thru 8/31/87** | | | | |
| 8-27-87 | **MEMO** - attached order replaces order entered 8/26/87 - order of 8/26/87 is deleted  12.  **ORDER** - case transferred to Judge Britt along with pending motion to set conditions of release - **ordered** trial presently sch. to commence on 8/31/87 be continued until such time as it may be rescheduled before Judge Britt by the Clerk and **ordered** period of delay necessitated by this continuance is excludable u/18:3161(h)(8)(A) - interests of justice which would be served by granting of this continuance outweigh the best interests of public and deft. in speedy trial (Dupree, J) Cr. OB#35, P. 140. 1c: w/memo to USA, USPO, USM, Judge Britt, Mag. Denson, Mag. Dixon and Thomas Manning.  (ent. 8/27/87)  **70 days up 9/21/87 thru 9/14/87** | | 8-31-87 / 9-14-87 | 14 | |
| 8-27-87 | **ISSUED NOTICE TO APPEAR** - set for arraignment and trial on 9/14/87 at 9:00 A.M. in Raleigh before Judge Britt  1c: U.S.A. & Mr. Thomas C. Manning | | | | |
| 8-27-87 | **ISSUED NOTICE TO APPEAR** - set for arraignment and trial on 9/14/87 at 9:00 A.M. in Raleigh before Judge Britt  1c: U.S.A. & Mr. Thomas C. Manning | | | | |
| 9-9-87 | **ISSUED NOTICE TO APPEAR** - set for hearing on M/Set conditions of release on 9/14/87 at 2 P.M. in Raleigh before Judge Britt.  1c: USA, Mr. Manning, USPO, USM Judge Britt. | | | | |
| 9-14-87 | **RALEIGH - JUDGE BRITT - Jo Bush Court Reporter** Memorandum of Plea Agreement - 1c: USA, USPO, Britt Rule 11 conducted Plea of guilty - accepted Detention continued. **SEN:** 11/23/87-Ral. | | | | |
| 11/4/87 | ISSUED NOTICE-case set for sentencing on Monday, Nov. 23, 1987, 9:00 a.m. @ Raleigh   bb | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9-25-87 | **ORDER** - deft's motion to set conditions of release, having been fully considered by the court is **DENIED.** (Britt, J) Cr. OB#35, P. 181 lc: USA, Mr. Michael Williams, Mr. Manning, USM and USPO (ent. 9/25/87) | | | | |
| 10-19-87 | Motion For Return Of Seized Property-attachment by: Thomas C. Manning w/cs lc: Judge Britt jh | | | | |
| 10-27-87 | GOVERNMENT'S ANSWER TO DEFENDANT'S MOTION FOR RETURN OF SEIZED PROPERTY- w/cs by: J. Douglas McCullough, Acting USA, lc: Jduge Britt jh | | | | |
| 10/30/87 | ISSUED NOTICE TO APPEAR FOR HEARING ON MOTION FOR RETURN OF SEIZED PROPERTY on Monday, 11/9/87 at 2 P.M. before Judge Britt lc: U. S. Atty. Mr. Manning; Court reporter; U. S. M; | | | | |
| 11/5/87 | MOTION TO CONTINUE HEARING - motion for seized property for 11/9/87 at 2 P. M. before Judge Britt in Raleigh lc: JudgeBritt | 11-5-87 11-6-87 | | | |
| 11/5/87 | MOTION TO CONTINUE SENTENCING from 11/23/87 in Raleigh by deft. lc: Judge Britt | 11-5-87 11-9-87 | | | |
| 11/6/87 | **ORDER** - upon motion of deft. hearing currently sch. before the undersigned 11/9/87 on deft/s motion under Rule 41 (REturn on Seized Property) is **continued until 12/7/87 in Raleigh, N.C.** lc: USA, Mr. Manning, Mr. Harmon, USM, Joyce Todd and Court Reporter (ent. 11/6/87) | | | | |
| 11/9/87 | **ORDER** - upon motion of deft. - sentencing of deft. currently sch. for 11/23/87 is hereby **continued** until 1/4/88 in Raleigh, N.C. (Britt, J) Cr. OB#35, P. 216. lc: USA, USPO, USM and Mr. Manning (ent. 11/9/87) | | | | |
| 11/17/87 | ISSUED NOTICE-case set for hearing on moiton for return of seized property on Monday, Dec. 7, 1987, 2:00 p.m. in Raleigh, NC bb | | | | |
| 12-3-87 | MOTION FOR CONDITIONS OF RELEASE - w/cs by: Thomas C. Manning lc: Judge Britt jh | | | | |
| 12-10-87 | ORDER SETTING CONDITIONS OF RELEASE - $50,000.00 cashiers check with special conditions. cys. to U.S. Atty., lcProbation, lc Mr. Miller, U.S. Marshal APPEARANCE BOND - $50,000.00 secured | | | | |
| 12-14-87 | **ORDER** After hearing in which the United States Attorney indicated that the Government has no objection to the motion, the court hereby orders that the U.S. return the sum aforesaid to the following person Mr. F. Glenn Miller, St. c/o Thomas C. Manning Post Office Box 19348 Raleigh, N.C. 27619. Judge Britt CR OB # 35, p 256 cys. dist. (ent. 12-14-87) ms | | | | |
| 12/17/87 | **ISSUED NOTICE TO APPEAR** - set for sentencing on Monday, January 4, 1988, at 9 A.M. in Courtroom No. 2 before Judge Britt in Raleigh, NC lc: USA & Mr. Manning | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   MILLER, FRAZIER GLENN, JR.   87-31-01-CR-5

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
|      | (Document No.)          | (a) \| (b) \| (c) \| (d) |

| DATE | PROCEEDINGS (continued) |
|------|-------------------------|
| 12-23-87 | **UNITED STATES SENTENCING MEMORANDUM** - w/attachments, w/cs Mr. Manning, lc Judge Britt (ent. 12-23-87).   ms |
|  | **ORDER**   It is hereby stayed as to any bills containing the fingerprints of co-defendants until the conclusion of the trial of U.S.A. vs. Jackson et al is completed in the Western District of Missouri, Judge Britt, CROB # 35 p. 270 cys. dist. (ent. 12-23-87)  ms |
| 12-23-87 | MEMO - case scheduled for sentencing on Monday, January 4, 1988 at 10:00 A.M. in Raleigh, N.C. before Judge W. Earl Britt cys. dist. to counsel of record, U.S.Atty., USPO, USMS, CLerk's Office and Court Reporter. |
| 12-28-87 | EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS ON BEHALF OF INDIGENT DEFENDANT FOR SENTENCING - w/n cs U.S. Atty. lc Judge Britt.    ms |
|  | **ORDER**   AUTHORIZING ISSUANCE OF SUBPOENAS -The clerk is directed to deliver the subpoenas to the U.S. Marshal for service. The Marshal is directed to transmit those subpoenas which are directed to persons in other districts by whatever means are available to ensure the service of those individuals. Judge Britt, CR OB # 35, p 274 cys. to U.S. Marshal, lc Mr. Manning. (ent. 12-28-87 ) ms |
| 12/29/87 | **DEFENDANT'S SENTENCING MEMORANDUM** w/attachments. lc: Judge Britt |
| 12/30/87 | MOTION TO SUBPOENAED SPECIAL AGENTS OF THE F.B. I, State Bureau of Alcohol, Tobacco & Firearms, the N. C. State Bureau of Investigation & the Cleveland County Sheriff's Dept. for purposes of defts. sentencing on Monday, 1/4/88 lc: Judge Britt   ag |
| 1-4-88 | **JUDGMENT AND PROBATION COMMITMENT ORDER** - AT RALEIGH, NC (C.R.-Donna Tomawski) 5 years. That the deft. pay a special assessment in the amount of $50.00. The Court finds that there is no identifiable victim and therefore no restitution should be ordered. **(Judge W. Earl Britt)** O.B.# 35 P. 284 cy: AUSA, USPO, Judge Britt, Counsel, Deft., USM.   Ent.   jh |
| 1/11/88 | ORDER - from the evidence presented to the Court - the Court concludes that for the purpose of the presentence report that the deft. Glenn Miller was in fact a member of "The Order". (W. Earl Britt, Judge CR O B #35 P 287)ent. 1/11/88   ag |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1/28/88 | MOTION TO SUBSTITUTE REAL PROPERY FOR CASH BOND by deft.<br>   lcy: Judge Britt<br>   **PROPOSED ORDER TO JUDGE BRITT)** | | | | |
| 1/28/88 | ORDER PERMITTING SUBSTUTUTION OF BOND (W. Earl Britt, Judge) substituting property for cash - $50,000 cash returned to Mr. Frazier Glenn Miller, Sr. this date) | | | | |
| 1/28/88 | MOTION TO EXTEND TIME IN WHICH TO REPORT from 2/16/88 until<br>   on or about 4/1/88<br>   lc: Judge Britt     ag | | | | |
| 1/29/88 | ORDER-upon motion of defendant, consented toby the<br>   government, the judgment and commitment order of<br>   this court dated 4 January 1988 is amended to provide<br>   that the date on which defendnat must report shall not<br>   be before 1 April 1988; this 29 day of January, 1988<br>   BRITT, W. Earl; U.S. Dist. Judge; cc to AUSA: USPO:<br>   USMS: def't & Mr. Manning; CR OB#35, p. 308<br>   (Ent. 1/29/88    bb | | | | |
| 3-28-88 | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND TIME**<br>**TO REPORT** - w/cs by: J. Douglas McCullough, AUSA<br>   lc: Judge Britt    jh | | | | |
| 3/28/88 | **MOTION TO SUPPLEMENT MOTION TO EXTEND TIME TO REPORT**<br>   by deft.<br>   lc: Judge Britt | | | | |
| 3/29/88 | **ORDER** - court on motion by deft. to extend the time for him<br>   to report to begin service of his sentence, currently<br>   scheduled for 4/1/88 is denied (W. Earl Britt, Judge<br>   CR OB #36 P 48) cys. dist.<br>   lc: U. S. Attyl; 2 U. S. Marshal & Mr. Manning    ag | | | | |
| 4-19-88 | **MOTION TO REDUCE SENTENCE** by deft. - filed by Thomas C.<br>   Manning, Atty., P. O. Box 19348, Raleigh, N.C. 27619<br>   w/cs. lc: Judge Britt. (t/u to resp. on 5/12/88) | 5/17/88 | | | |
| 5-2-88 | ORDER     It is hereby ordered, pursuant to local<br>   Rule 9 of this court, that the liability<br>   incurred by the defendant for release is<br>   hereby cancelled. J. Rich Leonard, Clerk<br>   CR OB # 36, p 91 cys. to Defts. father.<br>   Certified Mail # P 658-646-168 | | | | |
| 5/11/88 | GOVERNMENT'SRESPONSE IN OPPOSITION TO DEFENDANT'S MOTION<br>   FOR REDUCTION OF SENTENCE by gov.<br>   lc: JudgeBritt    ag | | | | |
| 5/16/88 | **SUPPL. MEMO. IN SUPPORT OF DEFT"S M/REDUCTION OF SEN** w/cs. lc: Judge Britt | | | | |
| 5-17-88 | **ORDER** - motion for modification or reduction of sen.<br>   purs. to Rule 35 is **DENIED.** (Britt, J) Cr. OB#36,<br>   P. 120. lc: USA and Mr. Manning. (ent. 5/18/88) | | | | |
| 8/23/88 | MOTION FOR RECONSIDERATION OF RULE 35 by deft.<br>   lc: Judge Britt<br>   (we never received original motion in this case - Judge<br>   Britt advised me to file copy)    ag | | | | |
| 9/14/88 | **MOTION FOR EXTENSION OF TIME** by deft.<br>   lc: Judge Britt w/proposed order    ag | | | | |
| 9/15/88 | ORDER - government's motion for extension of time w/in which<br>   to file a response to deft's. motion for reconsideration of<br>   Rul35 is granted. Government's response should be filed w/Cerk<br>   on or before 9/20/88. (W. Earl Britt, Judge Cr OB # ___ P ___ ) | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 9/20/88 | **GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION FOR REDUCTION OF SENTENCE** by Govern. lc: Judge Britt | | | | |
| 9-21-88 | **ORDER** Defendant's motion for reconsideration of the order of this court dated 17 May,1988 denying his motion for modification or reduction of sentence pursuant to the provisions of Rule 35 of the Federal Rules of Criminal Procedure, having been fully considered by the court is **denied.** Judge Britt, CR OB # 37,p139 lc U.S. Atty., lc Mr. Manning, (ent. 9-20-88) ms | | | | |
| 1/23/89 | MARSHALS RETURN ON affidavit of Eugene L. Coon - requiring that Frazier Glenn Miller, Jr. be served w/a Motion for Extension of time issused at the request of the atty. for plff. Frazier Glenn Miller, Jr. was served by a Deputy U. S. Marshal who personally delivered the process to him at 12:15 P. m. on 11/30/88  document returned to U. S. District Clerk of Court's office, Raleigh, n. C. | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days